IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JENAM TECH, LLC | § | |
| | § | |
| VS. | § | CAUSE NO. 4:19-cv-249 [ALM/KPJ] |
| | § | |
| LG ELECTRONICS, INC. and LG | § | PATENT CASE |
| ELECTRONICS MOBILECOMM USA, INC. | § | |

## DEFENDANTS' NOTICE OF ATTORNEY APPEARANCE

Defendants LG Electronics, Inc. and LG Electronics Mobilecomm USA, Inc. file this Notice of Appearance of Counsel and hereby notify the Court that Patrick C. Clutter, IV of the law firm Potter Minton, P.C., 110 N. College Ave., Suite 500, Tyler, Texas 75702 is appearing as counsel for Defendants LG Electronics, Inc. and LG Electronics Mobilecomm USA, Inc. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated:  September 23, 2019

Respectfully submitted,

By: */s/ Patrick C. Clutter, IV*
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Patrick C. Clutter, IV
patrickclutter@potterminton.com
POTTER MINTON, P.C.
110 N. College Ave., Suite 500
Tyler, Texas  75702
Tel: (903) 597-8311
Fax: (903) 593-0846

ATTORNEYS FOR DEFENDANTS
LG ELECTRONICS, INC. and
LG ELECTRONCIS MOBILECOMM
USA, INC.

{A07/07713/0083/W1623044.1 }