# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| JENAM TECH, LLC,<br><br>                          Plaintiff,<br><br> v.<br><br><br>LG ELECTRONICS, INC. and LG<br>ELECTRONICS MOBILECOMM<br>U.S.A., INC.,<br><br>                          Defendants. | Civil Action No.: 4:19-cv-00249<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW ATTORNEY BENJAMIN R. JOHNSON

Benjamin R. Johnson, counsel for Jenam Tech, LLC ("Plaintiff") in the above-entitled and numbered civil action, moves to withdraw as counsel of record for Plaintiff.  The reason for the requested withdrawal is an employment change for Benjamin R. Johnson.  This motion is sought by and on behalf of Plaintiff and is not for the purpose of delay.


Dated:  October 2, 2019

Respectfully submitted,

*/s/ Benjamin R. Johnson*
Benjamin R. Johnson
Texas State Bar No. 24065495
TOLER LAW GROUP, PC
8500 Bluffstone Cove
Suite A201
Austin, Texas 78759
Tel: (512) 327-5515
Fax: (512) 327-5575

## __CERTIFICATE OF CONFERENCE__

Plaintiff states that (1) counsel has complied with the meet and confer requirements of Local Rule CV-7, and (2) that counsel for the Defendant has stated that they do not oppose this motion.

/s/Benjamin R. Johnson
Benjamin R. Johnson

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on October 2, 2019.

*/s/Benjamin R. Johnson*
Benjamin R. Johnson