# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| JENAM TECH, LLC, <br><br> Plaintiff, <br><br> v. <br><br> LG ELECTRONICS, INC. and LG ELECTRONICS MOBILECOMM U.S.A., INC., <br><br> Defendants. | Civil Action No. 4:19-cv-00249 <br><br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF ATTORNEY APPEARANCE

Plaintiff Jenam Tech, LLC hereby notifies the Court and all parties of record that, in addition to the attorneys already representing Jenam Tech, LLC, Timothy Devlin of Devlin Law Firm LLC, 1526 Gilpin Avenue, Wilmington Delaware 19806, will be appearing as an attorney of record on behalf of Jenam Tech, LLC in the above-captioned matter. Mr. Devlin is admitted to practice before the United States District Court for the Eastern District of Texas.

Dated:  November 5, 2019

DEVLIN LAW FIRM LLC

*/s/ Timothy Devlin*
Timothy Devlin (No. 4241)
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251
tdevlin@devlinlawfirm.com

*Attorneys for Plaintiff*
*Jenam Tech, LLC*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 5, 2019, all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

                  /s/ *Timothy Devlin*
                  Timothy Devlin