IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JENAM TECH, LLC | § | |
| | § | |
| VS. | § | CAUSE NO. 4:19-cv-249 [ALM/KPJ] |
| | § | |
| LG ELECTRONICS, INC. and LG | § | PATENT CASE |
| ELECTRONICS MOBILECOMM U.S.A., INC., | § | |
| *Defendants*. | | |

**UNOPPOSED MOTION FOR
EXTENSION OF CASE DEADLINES**

On November 18, 2019, Defendants LG Electronics, Inc. and LG Electronics MobileComm U.S.A., Inc. (together, "LG") filed their Motion to Transfer Venue To The Northern District of California. On December 2, 2019, Plaintiff Jenam Tech, LLC ("Jenam") filed its Opposition to Defendants' Motion To Transfer. Wherefore, LG's reply brief is due December 10, 2019.

On December 9, 2019, Jenam notified LG that it would like to file a corrected version of its opposition brief that day and provided redlined versions of the opposition and declaration, and corrected exhibits. Jenam offered to agree to a two-day extension of time for LG's reply given the due date. LG does not oppose Jenam filing a corrected version of its Opposition brief and both parties agree to the two-day extension for LG's reply. LG also agreed to file new redacted versions of its motion and Exhibit A at Jenam's request.

Accordingly, the Parties respectfully request the Court enter the order provided allowing LG's reply brief to be due December 12, 2019.

Dated: December 10, 2019

By: */s/ Jamie B. Beaber, with permission by Michael E. Jones*
Jamie B. Beaber

Baldine B. Paul
Tiffany A. Miller
Saqib J. Siddiqui
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
jbeaber@mayerbrown.com
bpaul@mayerbrown.com
tmiller@mayerbrown.com
ssiddiqui@mayerbrown.com

Robert G. Pluta
Amanda Streff Bonner
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600
rpluta@mayerbrown.com
asbonner@mayerbrown.com

Michael E. Jones
SBN: 10929400
mikejones@potterminton.com
POTTER MINTON
110 N. College, Suite 500
Tyler, Texas 75702

*Counsel for Defendants*