**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| JENAM TECH, LLC, *Plaintiff*, v. LG ELECTRONICS, INC. and LG ELECTRONICS U.S.A., INC., *Defendants*. | Civil Action No. 4:19-cv-00249 **JURY TRIAL DEMANDED** |

**REVISED JOINT STATUS REPORT**

On November 13, 2019, the Parties filed a Joint Status Report and submitted a proposed schedule attached as Exhibit 1 to the Joint Status Report.

In accordance with the proposed schedule, Plaintiff Jenam Tech, LLC ("Jenam") served its Disclosure of Infringement Contentions on Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc. (together, "LG") on December 16, 2019.  Therefore, LG's Invalidity Contentions are due to be served and Mandatory Disclosures are due to be exchanged on February 3, 2020.

On January 28, 2020, the Parties agreed on a four-week extension for LG to serve its Invalidity Contentions and for the Parties to exchange Mandatory Disclosures.  The Parties also agreed to adjust subsequent deadlines accordingly.  The Parties discussed this with the Court during the initial Case Management Conference on the same day.

Accordingly, the Parties' revised proposed schedule is attached to this Revised Joint Status Report.

Dated: January 31, 2020                    By:   */s/ Brian Ferrall*
                                                        BRIAN FERRALL
                                                        State Bar No.  160847 (CA)
                                                        KEKER, VAN NEST & PETERS LLP
                                                        633 Battery Street
                                                        San Francisco, CA 94111
                                                        Phone:  (415) 391-5400
                                                        Fax:  (415) 397-7188
                                                        RVanNest@keker.com

                                                        *Lead Attorney for Defendants*
                                                        *LG Electronics, Inc. and*
                                                        *LG Electronics, U.S.A., Inc.*

1369581

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served this 31st day of January 2020, with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

*/s/ Brian Ferrall*               ____
BRIAN FERRALL

1369581