# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| JENAM TECH, LLC, <br><br> Plaintiff, <br><br> v. <br><br> LG ELECTRONICS, INC. and LG ELECTRONICS USA, INC. <br><br> Defendants. | **Civil Action No. 4:19-cv-00249** <br><br><br> **JURY TRIAL DEMANDED** |
| JENAM TECH, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC. <br><br> Defendants. | **Civil Action No. 4:19-cv-00250** <br><br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Jenam Tech, LLC ("Plaintiff") and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., LG Electronics, Inc. and LG Electronics USA, Inc. ("Defendants") hereby notify the Court that an agreement has been reached that will resolve all matters in controversy between them in the above-entitled and numbered actions. Accordingly, the parties file this joint motion for a stay of all deadlines for thirty (30) days, so that appropriate dismissal papers may be submitted. Plaintiff and Defendants request this stay, not for purposes of any delay, but so that they may finalize and file dismissal papers without incurring additional expenses.

1383847.v1

| | |
|---|---|
| Dated: May 7, 2020 | DEVLIN LAW FIRM LLC |
| | |
| | */s/ Derek Dahlgren* |
| | Timothy Devlin (DE Bar No. 4241) |
| | Derek Dahlgren (admitted pro hac vice) |
| | Nadiia S. Loizides (admitted pro hac vice) |
| | Devlin Law Firm LLC |
| | 1526 Gilpin Avenue |
| | Wilmington DE 19806 |
| | Telephone: (302) 449-9010 |
| | tdevlin@devlinlawfirm.com |
| | ddahlgren@devlinlawfirm.com |
| | nloizides@devlinlawfirm.com |
| | |
| | *Attorneys for Plaintiff* |
| | |
| | |
| | */s/ Matthew M. Werdegar* |
| | Brian Ferrall (CA Bar No. 160847) |
| | Robert A. Van Nest (CA Bar No. 84065) |
| | Matthew M. Werdegar (CA Bar No. 200470) |
| | Michelle S. Ybarra (CA Bar No. 260697) |
| | Ryan K. Wong (CA Bar No. 267189) |
| | Shayne Henry (CA Bar No. 300188) |
| | Rylee K. Olm (CA Bar No. 318550) |
| | Kristin E. Hucek (CA Bar No. 321853) |
| | 633 Battery Street |
| | San Francisco, CA 94111 |
| | Phone: (415) 391-5400 |
| | Fax: (415) 397-7188 |
| | BFerrall@keker.com |
| | RVanNest@keker.com |
| | MWerdegar@keker.com |
| | MYbarra@keker.com |
| | RWong@keker.com |
| | SHenry@keker.com |
| | ROlm@keker.com |
| | KHucek@keker.com |
| | |
| | Jamie B. Beaber |
| | Baldine B. Paul |
| | Tiffany A. Miller |
| | Saqib J. Siddiqui |
| | Clark S. Bakewell |
| | MAYER BROWN LLP |
| | 1999 K Street, NW |

Washington, DC 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
jbeaber@mayerbrown.com
bpaul@mayerbrown.com
tmiller@mayerbrown.com
ssiddiqui@mayerbrown.com
cbakewell@mayerbrown.com

Robert G. Pluta
Amanda Streff Bonner
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600
rpluta@mayerbrown.com
asbonner@mayerbrown.com

Michael E. Jones
SBN: 10929400
mikejones@potterminton.com
Patrick C. Clutter
SBN : 24036374
patrickclutter@potterminton.com
POTTER MINTON
110 N. College, Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 7, 2020 a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Derek Dahlgren*
Derek Dahlgren