**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| JENAM TECH, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LG ELECTRONICS, INC. and LG ELECTRONICS USA, INC.<br><br>　　　　　Defendants. | **Civil Action No. 4:19-cv-00249**<br><br><br>**JURY TRIAL DEMANDED** |
| JENAM TECH, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.<br>　　　　　Defendants. | **Civil Action No. 4:19-cv-00250**<br><br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO DISMISS**

WHEREAS, Plaintiff Jenam Tech, LLC ("Plaintiff") and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., LG Electronics, Inc. and LG Electronics USA, Inc. ("Defendants") have resolved Plaintiff's claims for relief against Defendants in the above-captioned actions.

NOW, THEREFORE, Plaintiff and Defendants, through their attorneys of record request this Court to dismiss Plaintiff's claims for relief against Defendants with prejudice and Defendants' claims, defenses or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

*(signatures on following page)*

Dated:  June 1, 2020

Respectfully submitted,

Devlin Law Firm LLC

KEKER, VAN NEST & PETERS LLP,
MAYER BROWN LLP, POTTER MINTON

*/s/ Derek Dahlgren*
Timothy Devlin (DE Bar No. 4241)
Derek Dahlgren (admitted pro hac vice)
Nadiia S. Loizides (admitted pro hac vice)
1526 Gilpin Avenue
Wilmington DE 19806
Telephone: (302) 449-9010
E-mail: tdevlin@devlinlawfirm.com
ddahlgren@devlinlawfirm.com
nloizides@devlinlawfirm.com

*Attorneys for Plaintiff*

*/s/ Matthew M. Werdegar*
Brian Ferrall (CA Bar No. 160847)
Robert A. Van Nest (CA Bar No. 84065)
Matthew M. Werdegar (CA Bar No. 200470)
Michelle S. Ybarra (CA Bar No. 260697)
Ryan K. Wong (CA Bar No. 267189)
Shayne Henry (CA Bar No. 300188)
Rylee K. Olm (CA Bar No. 318550)
Kristin E. Hucek (CA Bar No. 321853)
633 Battery Street
San Francisco, CA 94111
Phone: (415) 391-5400
Fax: (415) 397-7188
BFerrall@keker.com
RVanNest@keker.com
MWerdegar@keker.com
MYbarra@keker.com
RWong@keker.com
SHenry@keker.com
ROlm@keker.com
KHucek@keker.com

Jamie B. Beaber
Baldine B. Paul
Tiffany A. Miller
Saqib J. Siddiqui
Clark S. Bakewell
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
jbeaber@mayerbrown.com
bpaul@mayerbrown.com
tmiller@mayerbrown.com
ssiddiqui@mayerbrown.com
cbakewell@mayerbrown.com

Robert G. Pluta
Amanda Streff Bonner

        MAYER BROWN LLP
        71 S. Wacker Drive
        Chicago, IL 60606
        (312) 782-0600
        rpluta@mayerbrown.com
        asbonner@mayerbrown.com

        Michael E. Jones
        SBN: 10929400
        mikejones@potterminton.com
        Patrick C. Clutter
        SBN : 24036374
        patrickclutter@potterminton.com
        POTTER MINTON
        110 N. College, Suite 500
        Tyler, Texas 75702
        Tel: 903-597-8311
        Fax: 903-593-0846

        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 1, 2020 a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

        */s/ Derek Dahlgren*
        Derek Dahlgren